(Voluntery Jurisdiction Denied)

**ORIGINAL**

Affidavit of Fact
United States District Court
for the
Eastern District of New York

**CHEN, J.**

**REYES, M.J.**

Empress Hadiya Bey

Vs

**CV 19-1877**

Josephine Antoine

Joseph Schwarcz

Nosson Schwarcz

~~Rene~~ Enrique 'Rene' Rivera

David Freidman

Yoel Goldman

Jacqueline D. Williams

Elizabeth Barnett

Joe Morgano Esq

Amanda G Katz Esq

Alan Sputz Esq

Zachary W. Carter Esq

Deanna Flaherty Esq

Andrew Lee Esq

Timothy Marsh Esq

Stephen Schwarz Esq

Abena Darkeh

Eric Gonzalez Esq

Meena Seralathan Esq

Rebecca Mitchell

Alicia Frisch # 23972

Michael Mancilla # 23627

**RECEIVED**

MAR 27 2019

**PRO SE OFFICE**

②

Michelle Giglio
Toddmen # 20869
Guellineau # 15315
Sgt Quintero # 5330
Epstein # 15092
Sgt Sandrina Osborne
Lieutenant Peter Sotiriou
Letitia James
Eric L Adams
David A Hansell
William Harrington
Alyson Thompson
Tiffany Hicks
Cheryl Bender
Cheeryl Place
J. Sanchez
V. Vega
K. Mack
A. Babb
Jane Doe #1
Renee Pinkney
Landai Barnes
Alakeem Adekaya
Barbara Famosa
Kola wole Kareem
Direen Patterson
Savannah Lily

13

Attachment #1 (Defendants Cont)

Kelli Muse

Jacques Jiha

Eric Enderlin

Princess Palmer

Rose Mccrea

Robert Ezrapour

Ken Haron

Ben Soleimani

Joseph Soleimani

Jason Hitkin

Achilles Perry

Michael Parlamis

Michael Koroglyev

Sandy Koroglyev

Paula Benjamin-Howard

Jeffery R. Stern

Alicia Razzaq

John Butta Cavali

Steven Banks

Bill De Blasio

Richard A. Carranza

Lazaro Valdez

Tracy Kitt

Linda Ford

Jennifer Goldsten

Gutman, Mintz, Baker's Sonnetfeldt, LLP

Andrew Cuomo

(4)                          Attachment #2   (Defendants Cent)

Scott Stringer

Shelia J. Poole

⟩

③

Heleme Marcel
Cynthia Robinson
Heather Anwer
Miriam Vasquez
Nessen~ Figeroa
Hopelee Hobson
Frances Carr
K Saunders
Grisel Caban
Carol Joidan
Jack Bowden
Dennis Burton
Andrea Darrell
Petra Legette
Leatha Jennings
Dominique Manfreda
Felix Padilla
Melanie Alves

(Et AL) see Attachment #1 and 2

## Criminal Complaint

Comes now Empress Nadiya Bey, appearing to notice this court and a Grand Jury therein, that the Defendants are in criminal violation of the laws of the Sovereign New York State, and are additionally involved ~~~~~~ in Collusion and Conspiracy against the rights and property of Empress Nadiya Bey and against the ~~~~~~ peace and

(4)

dignity of other Sovereigns within this state Republic. That the defendants are engaging in this conspiracy and criminal activity in the mistaken belief that they have some sort of Jurisdiction or Venue with this state Republic, and that they have immunity from Criminal prosecution within this State Republic. Defendants are Unregistered agent who have no authority, Jurisdiction, or venue to act or function without The United States of America.

That their actions and activities are in violation of the Common law and Criminal laws of this Union state Republic include but not limiting to:

1. Extortion of Empress Hadiya Bey's property by Use of Wrongful force, fear and Under Color of official right

2. Unlawful threats and actual commission of unlawful injury to the person and property of Empress Hadiya Bey

3. Unlawful Attempts to extort by threating letters.

4. Sent letters accusing Empress Hadiya Bey of Crime.

5

5. Attempted Extortion under Color of official right

6. Kidnapping of Empress Hadiya Bey and her 4 children under color of law

7. Repeated Unlawful violations of the personal liberty of Empress Hadiya Bey

8. Repeated Unlawful violations of the Privacy of Empress Hadiya Bey

9. Repeated Unlawful acts to obtain interest and possessory right in real property by false pretense including misrepresentation, deceit, fraud, menace and duress which has affected the right title and interest in real property belonging to Empress Hadiya Bey

10. Unlawful offering of false instrument to be filed.

11. Unlawful making and delivery of instrument containing Knowing false ~~knowledge~~ statements.

12. Accessory to the Unlawful making false entries in books of records

13. Execution and transmission of fraudulent documents designed to defraud, deceive, menace, threaten, Coerce, and intimidate Empress Hadiya Bey, her Past and present employers, State and County officials, prospective property buyers, lending and credit repating institutions and the general public.

14. Conspiracy to overthrow the government of the United States of America and the government

(6)

of this union state Republic.

15 Criminal conspiracy to deprive Empress Hadiya Bey of her life, liberty, and Property.

16 Grand Larceny and accessary to grand Larceny

17 Unlawfully Receiving Stolen Property

18 Malicious Trespass upon private property

19 Illegal Seizure and Levy upon Private Property Without due Process or other lawful authority

20 Unlawful exercise of police power

21 Intentional Criminal trespass upon private Property

Section Number two (2)

Criminal acts by defendants in violation of United States Laws ||

NOTICE

Empress Hadiya Bey denies any acceptance of foreign jurisdiction by the following citations of Criminal offences committed by the defendants against title 18 USC

1 Conspiracy against rights [Title 18, Section 241]

2 Deprevation of rights under color of law [title 18, Section 242]

3. Extortion by officers and Employees of the United States [Title 18 Section 872]

4. Interstate Communication [Title 18, Section 876

Para 4]



5. Mailing Threatening Communications [Title 18 Section 1018]

6. Mail Fraud and Swindles [Title 18 Section 1341]

7. Communication Fraud (Wire, radio, and Television) [Title 18 Section 1343]

Note: An injunction is hereby sought against the Defendants for criminal violations set forth in items 4, 5, 6 and 7 above as set forth in title 18, Section 1345 to prevent continued Aggression against Empress Hadiya Bey.

8. Peonage [Title 18, Section 1581]

9. Enticement into Slavery [Title 18, Section 1583]

10. Racketeering by interference with commerce by threats or violence [Title 18 Section 1951]

11. Treason [Title 18 Section 2381]

12. Misprision of Treason [Title 18 Section 2382]

13. Seditious Conspiracy [Title 18 Section 2384]

Section Number three (3) — Demand to address the Grand Jury

I Empress Hadiya Bey, being a Sovereign in and over this union state Republic, and a victim of Criminal abuse by unregistered agents of a foreign government, hereby makes a special appearance before this court and demand that a Grand Jury be established therein to

⑧

exercise its primary function as a shield for the innocent, and as representatives of the people and to undertake an investigation of the above Defendants and certain other individuals, agents and public officials, and to ascertain the true nature of their acts committed under color of law and in violation of numerous provisions of criminal law as set forth above with the purview and jurisdiction of this court and Grand Jury.

A Grand Jury assembled, has the fundamental right and responsibility to prevent governmental excesses and abuses and violation of United States Criminal Law. Further, it is their duty to help victims of government abuse of power and unlawful activities to bring to light the lawlessness of public officials and others and not to be a mere rubber stamp for governmental indictments, but to protect the private American, her property and her rights from legal plunder, for without the Grand Jury, honest Americans cannot hope to prevail against today's color of law statutes and legal priesthood (Judges and Attorneys) and their consolidation of power!

It is imperative to the security and liberty of this nation and this state that I be able

(9)

to present oral and documentary evidence to an assembled Grand Jury. I have evidence of violation of oaths of office, conspiracy, attempted extortion, fraud, and other criminal acts bordering on treason committed by the Defendants and other individuals and officials within the government, the Justice Department and within the state government.

I have evidence and Testimony from witnesses that the Defendants and other officials involved, are operating illegally outside the bounds of any valid law or Constitutional Authority, jurisdiction or venue.

That the Defendants and other officials are using fear, coercion, distraint, conspiracy and subversion against the people of this union state Republic, and the undersigned in particular. Despite all of the above, and despite numerous and repeated warnings by the undersigned and others concerning their criminal violations of the law and of their unlawful activities against the Constitutional Common Law of this nation and this Union State Republic, the defendants continue with seeming impunity in their criminal activities against the rights, property

(9)

and liberty of Empress Hadiya Bey and other State Sovereign and Citizens.

Therefore, I, hereby State that I am a victim of government abuse, and I hereby charge and accuse the Defendants and other officials with violating numerous provisions of this states criminal laws and of conspiring to deprive the undersigned and other State Sovereigns and State Citizens of rights secured to them by this states Republic Constitution and the Common Laws Pursuant thereto, and respectfully request an investigation into all of their activities without the United States in this Union State Republic.

Many of the actions by the Defendants and these officials are not authorized by any valid law, and it appears that the Defendants and these officials and personnel have become enemies of our Constitutional Republic's by attempted subjugation of the sovereign body of the People and by this and other covert acts they are attempting to weaken and destroy our Constitutional form of Government and our Bill of Rights!

Under the fundamental law of this Republic

⑬

and the Common law, "Treason" is understood to mean "Betrayl After Trust", and therefore that of Section 2381 of Title 18 " Adheres to Their Enemies" means anyone who appears to be one of We the People and professes or takes an oath to "adhere" to our Constitution and Bill of Rights (in order to gain our trust) and then knowingly betrays that trust by covertly "adhering" to and actively "aiding" our enemies by weakening and eventual destruction of those Supreme laws. The above officials have been notified of the law and of their criminal activities, but have continued unabated in their criminal violation thereof.

Empress Hadiya Bey appeals to this Grand Jury to act in proper role as a Shield for the Empress Hadiya Bey and other Patriotic Americans by preventing this abuse from continuing.

Empress Hadiya Bey hereby and herein formally requests a reasonable amount of time to address this or any other Grand Jury assembled and be given a fair and impartial hearing without a Title of Nobility (Attorney) present, and to present evidence and testimony concerning the activities by the Defendants



(11)

outlined above.

If this is still a free country, if the people are still in control of their public servants; if truth is to be the victor; then it will be heard.

Caveat

"I know of no safe depository of the ultimate powers of the society but the people themselves; and if we think them no enlightened enough to exercise their control with a wholesome discretion, the remedy is Not to take it from them, but inform (them)!" Thomas Jefferson author of the Declaration of Independence Co-Author of the US Constitution.

"In the beginning of a Change, the Patriot is a Scarce man, and brave, and hated and Scorned! When his Cause succeeds, the timid join him, for then it costs nothing to be a Patriot!" Mark Twain

"All that is necessary for Triumph of Evil, is that Good men do nothing!" "Evil will Also triumph when good men and Women on Grand Juries are Denied the Opportunity or Refuse to hear complaints

(12)

against Government by victims of Government abuse." Cliff Turner, American patriot

All Rights Reserved

27th March 2019     I am Empress Hadiya Bey
Natural Person, In Propria Persona, Si Juris

On This day 11th day of March,
20 19, before me a Notary Public for
the State of NY county
of Kings personally appeared
Empress Hadiya Bey (Ex Rel Cherylin Jones) [ ] personally
known to me (or) [ V ] proved to me
on the basis of satisfactory evidence to
be the Sovereign whose name is
subscribed to within instrument and she
executed the same in her authorized
status or capacity
Witness my head and official seal
        Notary Public _____

Regina J. Brooks
Notary Public, State of New York
No. 01BR6310577 Kings County
Commission Expires 08/25/2022

1/

Attachment #3

Addresses for Defendants and Related cases

① Josephine Antoine          Child Protective Specialist
1274 Bedford Avenue          Case Number NN-11095-98/18
                             NN-11620-23/18
Brooklyn, New York 11216     NN-00298-301/19
                             CR-0217351-18 Kn

Both in her Individual and Official Capacity

② Joseph Schwarcz            Building Manager
277 Classon Avenue B         (643 Franklin Avenue
Brooklyn New York 11205      Brooklyn, New York) and
Case # Index # 58376/19                    others

③ Nosson Schwarcz            Building Manager
277 Classon Avenue B         (643 Franklin Avenue
Brooklyn, New York 11205     Brooklyn, New York and others)
Index # 58376/19    NN-11095-98/18  Cr-0217357-18 Kn
                    NN-11620-23/18  Cr-0244511-18Kn

④ Inrique "Rene" Rivera      Building Superintendent
Unknown Brooklyn, New York   (643 Franklin Avenue
Index # 58376/19                and Others Brooklyn, Ny)
NN-11095-98/18  Cr-0217351-18 Kn
NN-11620-28/18  Cr-0244511-18 Kn

⑤ David Freidman             Building Manager
Unknown Brooklyn New York
Index # 58376/19

⑥ Yoel Goldman               Property Owner/Developer
Unknown Brooklyn New York
Index # 58376/19

⑦ Jacqueline D. Williams     Family Court Judge
330 Jay Street                  (magistrate)
Brooklyn, New York       Docket# NN-11095-98/18
Both in her Official and Individual Capacity

(8) Elizabeth Barnett                Family Court Judge
330 Jay Street, Part 4         (Magistrate)
Brooklyn, New York   Docket# NN - 11620-23/18
                                        NN - 00298 - 301/19
Both in her individual and official Capacity

(9) Joe Morgano Esq Special Asistant Corporation Counsel
330 Jay Street 12th floor (SACC) Docket #s NN- 11095-98/18
                              NN 11620-23/18
Brooklyn New York   NN 00298-301/19
Both in her individual and official Capacity

(10) Amanda G. Katz     Attorney for Administration
330 Jay Street, 12th floor for Children's Services
Brooklyn, New York   Docket #s NN-11095-98/18
                     NN-11620-23/18    NN-00298-301/19
Both in her individual and official Capacity

(11) Alan Sputz          Special Assistant Corporation
330 Jay Street, 12th floor Counsel/Deputy Commissioner for
Brooklyn New York     Family Court Legal Services
Both in his official and individual Capacity
Docket #s NN-1095-98/18
          NN 11620-23/18     NN 00298-301/19

(12) Zachary W. Carter     Corporation Counsel of New
350 Jay Street         York City
Brooklyn New York   Docket# NN-11095-98/18  NN-00298-301/19
                              NN-11620-23/18
Both in his individual and official Capacity

(13) Deanna Flaherty     Special Assistant Corporation
330 Jay Street       Counsel

(14)

Brooklyn, New York   Docket #NN 11095-98/18
NN-11620-23/18   NN-00298-301/19

Both in her individual and official Capacity

(14) Andrew Lee Esq   Assistant District Attorney
350 Jay Street   Case # Cr-024451-18Kn
Brooklyn, New York 11201
Both in his individual and official Capacity

(15) Timothy Marsh Esq   Assistant District Attorney
350 Jay Street   Case #'s   Cr-024921-18Kn
Brooklyn New york 11201 Cr-024451-19Kn Cr-02735I-18Kn
Both in his official and individual Capacity

(16) Meena Seralathan Esq   Assistant District
350 Jay Street   Attorney
Brooklyn New York 11201 Case# Cr-024451I-18Kn
Both in her individual and Official Capacity

(17) Rebecca Mitchell   Law Assistant for the
350 Jay Street   people   Case # Cr-024451I-18Kn
Brooklyn New York
Both in her individual and official
Capacity

(18) Stephen Schwarcz   Assistant District Attorney
350 Jay Street   Case# Cr-024451I-19Kn
Brooklyn New York



Both in his individual and Official Capacity

(19) Eric Gonzalez Esq.     Brooklyn District
350 Jay Street              Attorney
Brooklyn New York  Cr-0244511-18kn  Case #3  Cr-0244921-18kn  Cr-0217351-18kn
Both in his individual and Offical capacity

(20) Alicia Frisch # 23972   New York City
127 Utica Avenue             Police Officer
Brooklyn New York 11213  Case# Cr-0217351-18 Kn
Both in her individual and Official
Capacity

(21) Michael Mancilla # 23627   New York City
127 Utica Avenue                Police Officer
Brooklyn New York 11213  Case# Cr-0244511-18 Kn
Both in his individual and Official capacity

(22) Michelle Giglio           New York City
127 Utica Avenue               Police Officer
Brooklyn New York 11213  Case# Cr-0217351-18 Kn
Both in her individual and Official Capacity

23  Grellineau # 15315          New York City
127 Utica Avenue                Police Officer
Brooklyn New York 11213  Case # Cr-0217351-18 Kn
Both in his individual and official Capacity

19

24) Sergeant Uvintero # 5330        New York City
    127 Utica Avenue              Police Officer
    Brooklyn New York 11213  Case# Cr-021735L-18Kn
    Both in his individual and Official Capacity

25) Toddman   # 20869        New York City
    127 Utica Avenue             Police officers
    Brooklyn, New York 11213   Case# Cr-0217351-18Kn
    Both in his individual and Official Capacity

26 Epstein # 15092        New York City
   127 Utica Avenue        Police officer
   Brooklyn New York 11213  Case# Cr-0217351-18Kn
   Both in his individual and official capacity.

27 Sergeant Sandrina Osborne    New York City
   127 Utica Avenue             Police officer
   Brooklyn New York 11213    Case# Cr 0217351-18Kn
   Both in her individual and Official Capacity

28 Lieutenant Peter Sotiriou     New York City
   127 Utica Avenue              Police officer
   Brooklyn New York 11213    Case# Cr-021 7351-18Kn
   Both in his individual and Official Capacity

29 John Buttacavoli          Deputy Inpector New
   127 Utica Avenue          York City Police Department

(29)

Brooklyn New York 11213    Case# Cr-0217351-18kn
Both in his individual and Official Capacity

(30) Abena Darkeh              New York City Criminal
120 Schermerhorn Street    Court Magistrate
Brooklyn New York 11201
Both in her individual and official
Capacity   Case#s  Cr-024921-18kn  Cr0244911-18kn
                    Cr-0217351-18kn

(31) Letitia James             New York State Attorney
120 Broadway New York    General
New York, New York 10271
Both in her individual and Official Capacity

(32) Eric L Adams              Brooklyn Borough President
209 Juralemon Street
Brooklyn New York 11261
Both in his individual and official Capacity

(33) David A Hansell           Comissioner for Administration
150 Williams Street        for Children's Services
New York, New York 10038   NN-11095-98/18    NN00298-301/18
                           NN-11620-23/18
Both in his individual and Official Capacity

(34) Steven Banks              Department of Social Services
150 Greenwich Street, 40th fl   Comissioner
New York, New York 10007        Case# 30984216
Both in his individual and official Capacity



22

(35) Richard A. Carranza          NYC Department of Education
52 Chamber Street              Chancellor
New York, New York 10007      Case # NN-11620-23/18
                                        NN-00298-301/19
Both in his Individual and Official Capacity

(36) William Harrington          Director Of Office of
333 Seventh Avenue, 7th Floor  Home Schooling
New York, New York 10001      Case # NN-11620-23/18
                                        NN-00298-301/19
Both in his Individual and Official Capacity

(37) Alyson Thompson             Public School 160
109-59 Inwood Street           Employee
Queens, New York 11438        Case # NN-11620-23/18
                                      # NN-00298-301/19
Both in her Individual and Official Capacity

(38) Tiffany Hicks               Public School 160
109-59 Inwood Street           Employee
Queens, New York 11438        Case # NN-11620-23/18
                                        NN-00298-301/19
Both in her Individual and Official Capacity

(39) Cheryl Bender               Public School 160
109-59 Inwood Street           Employee
Queens, New York 11438        Case # NN-11620-23/18
                                      # NN-00298-301/19
Both in her Individual and Official Capacity

(40) Cheryl Place                Public School 160
109-59 Inwood Street Employee  Case # NN-11620-23/18
                                  NN-00298-301/19

23

Queens, New York 11435
Both in her individual and official Capacity

(41) I. Sanchez                    Human Resources Administration
30 Thorton Street          Employee
Brooklyn New York          Case# 3784216
Both in her individual and Official Capacity

(42) L. Vega                       Human Resources Administration
30 Thorton Street          Employee
Brooklyn New York          Case # 3784216
Both in their individual and Official Capacity

(43) K. Mack                       Human Resources Administration
30 Thorton Street          Employee
Brooklyn New York          Case# 3784216
Both in their individual and Offical Capacity

(44) A. Babb                       Human Resources Administration
30 Thorton Street          Empayee
Brooklyn New York          Case # 3784216
Both in their individual and Offical Capacity

(45) Jane Doe (Manager)   Human Resources Administ
495 Clermont Avenue 4th floor Employee
Brooklyn, New York 11258     Case # 3784216
Both in her individual and offical Capacity

(24)

(46) Paula Benjamin Howard        Family Center Mdirector
493 Nostrand Avenue        (Contractor for ACS)
Brooklyn New York 1216   Case # NN-11620-23/18
Both in her individual and Official Capacity

(47) Renee Pinkney        Family Center Manager
493 Nostrand Avenue        (Contractor For ACS
Brooklyn, New York 11216   Case # NN-11620-23/18
Both in her individual and Official Capacity

(48) Landai Barnes        Family Center Caseworker
493 Nostrand Avenue        (contractor for ACS)
Brooklyn, New York 1216   Case # NN-11620-23/18
Both in her individual and Offical Capacity

(49) Alakeem Adekoya (Office of Children and
Capital View Office Park   Family Services (Employee)
52 Washington Street   Case # NN-11620-23118
Rensselaer, New York 12144
Both in his individual and Offical Capacity

(50) Barbara Famosa        Administration for Childrens
150 Williams Street        Services Employee)
New York, New York 10038   Case # NN-11620-2318
Both in her individual and Offical Capacity

(51) Kolawole Kareem        Administration for Childrens Service

150 Williams Street    Case # NN-11620-23/18
New York, New York 10038
Both in his individual and Official Capacity

(52) Direen Patterson    ( ACS Employee )
150 Williams Street    Case # NN 11620-23/18
New York New York 10038
Both in her individual and Official Capacity

(53) Savannah Lily    ( ACS Employee )
150 Williams Street    Case # NN-11620-23/18
New York, New York 10038
Both in her individual and Offical Capacity

(54) Helene Marcel    (Child Protective Specialist
274 Bedford Avenue    Supervisor )
Brooklyn New York 11216    Case # NN-11620-23/19
Both in her Offical and Individual Capacity

(55) Cynthia Robinson    ( Acs Employee )
150 Williams Street    Case # NN 11620-23/18
New York New York
Both in her Individual and Offical Capacity

(56) Miriam Vasquez    (Acs Employee )
150 William Street    Case # NN-11620-23/18
New York, New York



56) Both in her individual and offical Capacity

57) Yessena Figeroa          Acs Employee
1874 Bedford Avenue          Case #
                             NN-11620-23/18
Brooklyn, New York 11216
Both in her individual and Official Capacity

58) Hopelee Hobson      (Child protective Specialist
1274 Bedford Avenue      Manager)
Brooklyn New York 11216  Case #
                         NN-11620-23/18
Both in her individual and offical Capacity

59) Frances Carr          Acs Employee
150 Williams Street       Case #
                          NN-11620-23/18
New York, New York 10038
Both in their individual and offical Capacity

60) K Saunders            ACS Employeee
150 Williams Street       Case Number
                          NN-11620-23/19
New York, New York 10038

61) Grisel Caban          Acs Employee
1874 Bedford Avenue       Case #
                          NN-11620-23/18
Brooklyn New York 11216
Both in her individual and Offical Capacity

(27)

(62) Carol Joiden                    Acs Employee
150 Williams Street                  Case #
                                     NN-11620-23/18
New York, New York
Both in her individual and Official Capacity

(63) Jack Boxoden                    Acs Employee
150 Williams Street                  Case #
                                     NN-11620-23/18
New York, New York
Both in his individual and Official Capacity

(64) Dennis Burton                   Acs Employee
150 Williams Street                  NN-11620-23/18
New York New York
Both in his individual and Official capacity

(65) Andrea Darrell        (Child Protective Specialist)
1274 Bedford Avenue         Case #
                            NN-11620-23/18
Brooklyn New York 11216
Both in her individual and Official Capacity

(66) Linda Ford            (Director Forestdale Inc.)
67-35 112th Street          Case #
                            NN-11620-23/18
Forest Hills, New York 11375
Both in her individual and Official capacity

(67) Jennifer Goldstein    (Administrative Supervisor Forestdale Inc)
67-35 112th Street          Case # NN-11620-23/18

27

Forest Hills, New York 11375
Both in her induvidual and Offical Capecity

68) Tracey Kott        Caseworker Forestdale Inc
67-35 112th Street  Case# NN-11620-23/18
Forest Hills, New York 11375
Both in her induvidual and Official Capacity

69) Petra Legette   ( Caseworker Supervisor Forestdale inc
67-35 112th Street      Case# NN11620-23/18
Forest Hills, New York 11375
Both in her induvidual and Offical Capacity.
~~Lether Jennings~~

70) Lether Jennings   (Parent Advocate Forestdale Inc)
67-35 112th Street    Case#NN-11620-23/18
Forest Hills, New York 11375
Both in her individual and Officel Capacity

71) Dominique Manfreda  (ACS Employee )
150 Williams Street   Case # NN11620-23/18
New York, New York 10038
Both in their induvidual and Offical Capacity

72) Felix Padilla        (Acs Employee)
150 Williams Street    Case# 11620-23/18
New York New York 10038

28

Both in his individual and Official Capacity

73  Melanie Alves                          Acs Employee
    1274 Bedford Avenue      Cosetts    NN 11620-23/19
                                        NN-00298-301/19
    Brooklyn NewYork 11216
    Both in her individual and Official Capacity

74  Kelli Muse                    Assistant District Attorney
                                                NN-1095-98/18
    350 Jay Street        Case #  Cr 0217351-18Kn  NN-11620-23/18
    Brooklyn NewYork
    Both in her individual and Official Capacity

75  Jacques Jiha            Department of finance Comissioner
                            ① Block and Lot #s
    66 John Street, Room 104/00728 0056, ②01918 0023, ③
    New York, New York 10038 ④01948 0025, 00392 0041, 00468, 0089
    Both in his individual and Official Capacity


    ~~Maria Torres Springer~~   Department of Housing Preservation
76  Eric Enderlin                and Development Comissioner
                            Case #
    100 Gold Street     NN-11620-23/18   Cr 0217351-18Kn
                        Block and Lot #s                    ⑥01468
    ①0728 ①0056, ②01918 0023, ③01948 0025, 00392 0041,  0039
    Both in his individual and official Capacity

77  Princess Palmer     ~~236~~West 131st Street HDFC Head Officer
        ~~2283~~
    ~~5    ~~ 7th Avenue Block and Lot 61728  0056
    New York NewYork 10030      Cr 0244921-18Kn
    Both in her individual and Official Capacity

29

78) Rose   McCrea            Prestige Mangement Inc Agent
1200 Zerega Avenue     Block and Lot   01728   0056
Bronx  New York 10462      Cv- 0244921-18 Kn
Both in her indivdual  and  Offical Capcity.

79) Robert  EzraPour         133 Equites LLC  Head officer
316 West 118th St         Block and Lot  01918   0023
4th floor                 Cr 024492l-18 Kn
New York  New York 10026
Both in his individual  and Offical Capacity

80) Ken  Haron             133 Equites LLC  Officer
36 West 118th Str         Block and Lot  01918  0023
4th floor                 Cr-0244921-18 Kn
New York  New York 10026
Both in his indiviudal  and  Offical Capacity

81) Dan  Haron             K&R Realty Management Inc Agent
316 West 118th Street      Block and Lot  01918   0023
4th flour                 Cr 0244921-18 Kn
New York, New York 10026
Both in his indvidual  and  Offical capacity

82) Ben  Soleimani          ABJ Choses LLC  Head officer
1652 Park Avenue #LL      Block and Lot  01948   0025
New York  NewYork10035    Cr 0244921-18/Kn
Both in his individual  and  Offical Capacity

30

83) Joseph Soleimani          ABJ Chosen LLC Agent
1652 Park Avenue #LL        Block and Lot 01448 0025
New York, New York 10035    Cr 0244921-18 Kn
Both in his individual and Official Capacity

84) Jason Haitkin            City Path LLC Head officer
3 West 102nd st #Bsmt       Block and Lot 00392 0044
New York, New York 10025    Cr 0244921-18 Kn
Both in his individual and Official Capacity

85) Achilles Perry          City Path LLC Partner/officer
38 Sycamore Drive            Block and Lot 00392 0041
Upsaddle River New Jersey 07458
Both in his individual and Official Capacity

86) Michael Parlamis         City Path LLC Partner/officer
38 Sycamore Drive            Block and Lot 00392 0041
Upsaddle River, New Jersey 07458 Cr 0244921-18 Kn
Both in his individual and Official Capacity

87) Mikhail Koro Gluyen      MD Rentals LLC Head Officer/
2604 National Drive          Agent
Brooklyn New York 11234     Block and Lot 01460 0039
                            Cr 0244921-18
Both in his individual and Official capacity

88) Sandy Koro Gluyen        MD Rentals LLC Partner

81)

2604 National Drive        Block and lot 01468 0039
Brooklyn New York 11234    Cr 024492l-18kn
Both in her individual and Official Capacity

(81) Jeffery R Stern            Attorney
141 Livingston Street     Index # 58376/19
Brooklyn New York
Both in his Official and individual Capacity

(90) Alia Razzaq         Clerk of the Civil court of the
141 Livingston Street    City of New York
Brooklyn New York        Index # 58376/19
Both in his individual and official Capacity

(91) Gutman, Mintz, Baker, Sonnetfeldt    Attorny's for Landlord
813 Jericho Turnpike        Index # 5837619
New Hyde Park, New York    Cr-0217351-18kh  Case #S NN-11620-23/18
                                              NN-1095-98/18
11040                      Cr 0244511-18kn
All individuals directly related to the aforementioned
cases in the individual and official capacity.

92 Andrew Cuomo            Governor of the
The Executive Chamber      State of New York
Capitol, Albany New York   Block and Lot# 01728 0056
10017   01918  0028 , 01948  0025  00392  0041
                  23            25
01468   0039 , NN-1095-98/18  Case #S NN-11620-23/18  Cr 024492l-18kn
                              NN 00298-301/19          Cr 0217351-18kn
                                                       Cr-0244511-18kn
Both in his individual and Official capacity

(32)

93) Bill De Blasio                    Mayor of the City of
City Hall                             New York
New York, New York 10007  Block and Lot #s 00728 0056,
01918 0023, 01948 0025, 00392 0041, 01468 0039
Case #s NN-1095-98/18  NN-00298-301/19  Cr-0217351-18kn
        NN-11620-23/18  Cr-0244921-18kn  Cr-0244511-18kn
Both in his individual and Official Capacity

94) Scott Stringer                    New York City Comptroller
1 Center Street                       Block and Lot #s 01728 0056,
New York, New York 10007  01918 0023, 0048 0025
00392 0041  01468 0039  Case #s
NN-11620-23/18  NN-00298-301/19  Cr 0217351-18kn
NN-1095-98/18  Cr-0244921-18kn  Cr 0244511-18kn
Both in his individual and Official Capacity

95) Sheila J. Poole                   Commissioner for Children
52 Washington Street                  and Family Services
Rensselaer NY 12144                   Case # NN-11620-23/18  NN-00298-301/
                                      NN-1095-98/18              40
Both in her individual and official Capacity

(1)

ORIGINAL

Affidavit of fact

United States District Court

CHEN, J.

REYES, M.J.

for the

Eastern District of New York

Empress Hadiya Ara Bey

CV 19-1877

V

The State of New York

Et, Al.

Affident of Financial Statement
(Exercise of Constitutional/Treaty Secured Right)

Empress Hadiya Ara Bey
Natural Person, In Proprai Persona
C/o 1643 Franklin Avenue 2L
Brooklyn, New York
[ Zip Exempt ]
Non. Domestic

RECEIVED
MAR 27 2019
PRO SE OFFICE

To    United States District Court Eastern District of New York
Office of the Clerk Douglas C. Palmer
225 Cadman Plaza East
Brooklyn, New York 11201

Notice of Judges Oath Bound
Obligations and Fiduciary Duties

United States Constitution Article VI

②

"All Debts contracted and engagements entered into before the Adoption of this Constitution, Shall be as valid under the United States under this Constitution, as under the Confederation. This Constitution, and the Laws of the United States which shall be made in pursuance thereof; and all ~~Treaties~~ made, or which shall be made, under the Authority of the United States shall be the Supreme Law of the Land; and the Judges in every State Shall be bound thereby, anything in the Constitution or Laws of any State to the contrary notwithstanding.

The Senators and Representatives before mentioned and the members of the several State Legislators and all executive and judicial Officers, both of the United States and of the Several States Shall be bound by Oath or Affirmation, to Support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States."

Article 1 Section X

"No State Shall enter into any Treaty, Alliance or Confederation; grant Letters of Marque



and Reprisal; Coin money; emit bills of credits; make any thing but gold and Silver Coin a tender in Payment of debts; pass any Bill of Attainer, ex post facto Law, or Law imparing the Obligation of Contracts, or grant any Title of Nobility."

Amendment V

"No person shall be held to answer for a Capital, or otherwise infamous Crime, unless on a presentment or indictment of a Grand Jury; except in Cases arising in the land or naval forces, or in the Militia when in actual Service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any Criminal Case to be a witness against himself, nor be deprived of life, liberty or property, without due process of law; nor shall private property be taken for public use without just Compensation."

I Affirm, for the record, I do not have or possess, any gold or Silver Coins as prescribed by United States Constitution Law, which is lawful money to pay the

④

restricting demands, conditionally comended by employees and contractors of the court. The said restrictions (unconstitutional) are arbitrary (hindering Due process) and imposed for processing these documents as stipulated in the United States Constitution noted above. Therefore, I submit this Writ "In forma Pauperis" being an exercise and enjoyment of my unconditional, inalienable Constitutional/ Treaty secured Rights (and not a feudal fee-Burdened priviledge) to timely and speedily enforce Due process of Law, as noted above. Your demand for a "Financial Statement" is used as an instrument to deny me due process of law and my right to free access to the Courts. I introduced an Affidavit of Fact to be submitted as Evidence. Someone in the Courts tampered with that evidence, which is a federal violation and misrepresented it as a Motion which is discretionary and an assumption that permission must be requested in order to excercise my Constitutional rights, and an exercise of a right is a Constitutional right and not a request and this office knows that. This is a direct violation of my "Secured Constitutional/Treaty Secured rights which is Supreme



Law of the Land and 'Stare Decisis' and a violation of your "Oath of Office". Furthermore as there is no Law as prescribed in the United States Constitution stating that a "financial Statement", "Financial fee (Feudal Law)", or a "Motion" requesting permission must be submitted in order to exercise my Constitutional Rights, your demand is a violation of Amendment IX of the United States Constitution and your fiduciary duties.

Amendment IX

"The enumeration in the Constitution, of certain right, shall not be Construed to deny, or disparage others retained by the people".

"Where rights secured by the constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda V. Arizona 384 US 436, 125'.

As an officer(s) of the Court, you and your assigns are bound (or have      ) Solemn Oath (see Article VII) to uphold and support the Constitution for the United States Republic. Refusal of this "Affidavit of Financial Statement"



is Construed to deny me timely "Due Process" and will be a 'Colorable act' to violate my Secured exercise of a Right. Such an act and imposition is a violation of your Official Oath of Office. This can result in additional Lawful remedy actions filed against those violating Officers of the Court, Under Title 18 and Title 42, in their official and private capacities. The Law always gives a remedy for the people against color of Law actions comitted by those who violate their Oaths of Office colluding to abridge the Rights Secured for the Natural Beings and the Citizens.

I Respectfully, With 'Good Faith' and with Honor, by right to unhindered Due Process, submit this 'Affidavit of Financial Statement' and Evidence.

Thank You

27th March 2019    I am, All Rights Reserved
                            Empress Hadiya Bey
Empress Hadiya Ara Bey
Authorized Representative Natural Person, In Propria
Ex Relatione CHERYLIN JONES All Rights Reserved
U.C.C. 1-207 / 1-308; U.C.C 1-103

c/o
643 Franklin Avenue 2L
Brooklyn New York
[Zip Exempt]
Non - Domestic

On this 11th day
of March, 2019

Regina J. Brooks

Regina J. Brooks
Notary Public, State of New York
No. 01BR6310577 Kings County
Commission Expires 08/25/2022