# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Empress Hadiya Bey ) | |
| ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1: 19-CV-1877 (PKC)(RER) |
| Michael Mancilla; et. al. ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

See Attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) XXXXX or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Empress Hadiya Bey
1191 Park Place, # 4G
Brooklyn, NY 11213

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: 10/11/2019

W. Latka-Mucha
*Signature of Clerk or Deputy Clerk*

19-CV-1877(PKC)(RER)

1. Michael Mancilla, Police Officer
   # 23627
   77th Precinct
   127 Utica Avenue
   Brooklyn, NY 11213

2. Toddman
   # 20869
   77th Precinct
   127 Utica Avenue
   Brooklyn, NY 11213

3. Gellineau, Police Officer
   # 15315
   77th Precinct
   127 Utica Avenue
   Brooklyn, NY 11213

4. Sgt. Quintero
   # 5330
   77th Precinct
   127 Utica Avenue
   Brooklyn, NY 11213

5. Epstein
   # 15092
   77th Precinct
   127 Utica Avenue
   Brooklyn, NY 11213

6. Grisel Caban
   Brooklyn Children's Service Admin
   1274 Bedford Avenue
   Brooklyn, NY 11216

7. Josephine Antoine
   Child Protective Specialist
   Brooklyn Children's Service Admin
   1274 Bedford Avenue
   Brooklyn, NY 11216

8. Officier Roke
   77th Precinct
   127 Utica Avenue
   Brooklyn, NY 11213