

| **JAMES E. JOHNSON**<br>*Corporation Counsel* | T<small>HE</small> C<small>ITY OF</small> N<small>EW</small> Y<small>ORK</small><br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **MARIA FERNANDA DECASTRO**<br>*Senior Counsel*<br>phone: (212) 356-2658<br>fax: (212) 356-3509<br>mdecastr@law.nyc.gov |
|---|---|---|

November 18, 2019

**VIA ECF**
Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Bey v. Antoine, et al.</u>, 19-CV-1877 (PKC) (RER)

Your Honor:

      I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, who is an interested party in this litigation.[1]  The undersigned writes respectfully in response to the Court's Order dated July 15, 2019, which directed defendants to produce the warrant relied on or used by officers during the May 2, 2018 incident described in plaintiff's complaint.

      By way of background, plaintiff alleges, *inter alia*, that on May 2, 2018, New York City Police Department officers unlawfully entered her apartment.  On July 15, 2019, the Court directed defendants to produce the May 2, 2018 warrant by August 14, 2019.  Unfortunately, this Office did not learn of the pending lawsuit until after receipt of the summons and complaint on October 17, 2019.  Accordingly, the undersigned apologizes for the delay in this Office's response to the Court's July 15, 2019 Order.

      Based on this Office's preliminary investigation into the underlying family court matter, an order authorizing police entry into plaintiff's home was issued by the Brooklyn Family Court on April 27, 2018.  The Entry Order was signed by Family Court Judge Jacqueline

---

[1] This case has been assigned to Assistant Corporation Counsel Amanda Rolon, who is presently awaiting admission. Ms. Rolon is handling this matter under supervision and may be reached at (212) 356-2356 or arolon@law.nyc.gov.

D. Williams and authorized entry into plaintiff's home based on a finding of "probable cause to believe that an abused or neglected child may be at [plaintiff's] premises." (See Entry Order, dated April 27, 2018, attached hereto as "Exhibit A.")  The Entry Order further provided authorization for "police to enter premises using force if necessary." Id.

    The undersigned thanks the Court for its attention to this matter.

                Respectfully submitted,

                *Maria Fernanda DeCastro* /s/
                *Senior Counsel*
                Special Federal Litigation Division

**BY FIRST-CLASS MAIL**
Empress Hadiya Bey
Plaintiff *Pro Se*
1191 Park Place, Apt. 4G
Brooklyn, NY 11213