FAMILY COURT OF THE STATE OF NEW YORK
BROOKLYN, COUNTY OF THE KINGS
----------------------------------------------------------------X
In the Matter of the Application of the:
Administration for Children's Services
for the subject Children



to be produced at:

ACS Bedford Field Office
1274 Bedford Ave.
BROOKLYN, NY 11216

Docket No.

NN-11095-98/18

Pursuant to Family Court Act 1034(2):
----------------------------------------------------------------X

    Upon the application of the Commissioner for the Administration for Children's Services and upon information presented in support thereof, the Court finds that there is probable cause to believe that an abused or neglected child may be at the premises known as 643 FRANKLIN AVE., APT.#2L, BROOKLYN, NY 11238 or otherwise in the care of CHERILYN JONES a/k/a QUEEN BEY a/k/a EMPRESSARA BEY, and; it is:

    ORDERED that the parent CHERILYN JONES a/k/a QUEEN BEY a/k/a EMPRESSARA BEY produce the children:



to the ACS Bedford Field Office at 1274 Bedford Ave., Brooklyn, NY 11216 in order for ACS to observe the condition of the subject children, which may be outside the presence of the parent or other person legally responsible, pursuant to FCA Section 1034(2)(a)(ii).

    This Order may be executed week days during court hours (only between the hours of 9 a.m. and 5 p.m.).; and

    ORDERED that agents for the Administration for Children's Services, persons conducting a child protective investigation, accompanied by police, are authorized to enter the above premises to determine if the children are present and to access the home and to proceed thereafter with a child protective investigation; and it is

ORDERED that this authorization be executed forthwith and such will be void if not executed within ten (10) days; and it is further

ORDERED that the Applicant shall report back to this Court within three business days regarding what, if any, findings have been made and what, if any, actions have been taken with respect to the children in the household.

This Order may be executed any day of the week at any time.

**POLICE TO ENTER PREMISES USING FORCE IF NECESSARY.**

Dated: 27th day of April, 2018
KINGS COUNTY, New York

Enter: APR 3 0 2018

JUDGE OF THE FAMILY COURT
HON. JACQUELINE D. WILLIAMS