**ORIGINAL**



RECEIVED
JAN 15 2020
PRO SE OFFICE

FORM 1

# NOTICE OF APPEAL

\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
FOR THE
_Eastern_ DISTRICT OF _New York_

| Empress Hadiya Bey |
| v |
| Josephine Antoine |
| ELA |

NOTICE OF APPEAL

Docket No. 1:19-CV-01877-PKC-RER

Notice is hereby given that _Empress Hadiya Bey_
                              (party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it) _See Attached Affidavit_

entered in this action on the _10th_ day of _December_, 20 _19_.

All Rights Reserved
Empress Hadiya Bey
Signature

Empress Hadiya Bey
Printed Name

1191 Park Place 46.
Address

Brooklyn, New York 11213

(347) 831-3455
Telephone No. (with area code)

Date: 01/15/2020

United States District Court
for the
Eastern District of New York

Empress Hadiya Bey

V                               1:19-CV-01877-PKC-RER

Josephine Antoine
   et al
         Affidavit of Facts

I Empress Hadiya Bey am writing this document in order to appeal to the United States Court of Appeals for the Second Circuit from the decision of Honorable Pamela K. Chen to ① Dismiss my unlawful entry claim against Josephino Antoine, Grisel Caban, Quintero, Toddman, Gellineau, and Epstein and to ② Terminate the aforementioned defendants as parties to the action that gave rise to this appeal.