Sister E. Jones Bey
Lyrics Playhouse Moorish Sudbury Model Institute
1020 Elder Avenue
Floor 2
Bronx County, Bronx
New York   United States of America

Filed
in the Clerk's Office
U.S. District Court,
EDNY

Nov 8th 2020

Brooklyn Office

Honorable Pamela K. Chen
United States District Court of the Eastern District of New York
225 Cadman Plaza East
Brooklyn New York 11201

RE Bey v. Antoine, et Al
19-CV-1877 (PKC)(RER)

Islam,

    I am sending this letter in response to Amanda Rolon's letter dated October 30th 2020. I Gave adequate standing at Law as to why Officer Michael Mancills is at fault. In the Letter Ms Rolon Stated "I have communicated with the Clerk of Appellate Court and they have informed me that plaintiff's appeal for her conviction of Criminal mischief in the fourth degree (Criminal Court Number 2018KN024451) bearing Appellate Term docket Number 2019-007 K CR was dismissed in July of 2019.
    As I stated, I had no Idea on this

determination. I am sending a request for a certificate for appeal from Chief Judge DiFiore of the New York State Court of Appeals. This letter, see subsequent pages, will be sent to said Judge on the Date of 10th November 2020 and I will submit proof of Delivery upon confirmation.

My response to Michael Mancilla's Motion submitted to this court gave adequate basis along with the facts presented in my initial Complaint Officer Michael Mancilla, as the arresting officer is liable.

"Where rights secured by the Constitution are involved, there can be no rule-making or legislation, which would Abrogate them." Miranda v. Arizona 384 U.S. 436 (1966

~~[scribbled out text]~~

" When a State Officer acts under a State law in a manner violative of the Constitution, he comes into conflict with the Superior authority of that Constitut~~ion~~ and he is stripped of his official or representative character and is subjected in

his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the Supreme Authority of the United States." Scheuer v. Rhodes 416 U.S. 232 (1974)

"The lost of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury" Elrod v. Burns 427 U.S. 347 (1976

"Ordinarily," "in common usage, the term "Person" does not include the Sovereign, and Statutes employing the [word] are ordinarily construed to exclude it" Wilson v. Omaha Tribe 442 U.S. 653 (1979

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan (1917

Respectfully

All Rights Reserved
I am Sister E. Jones Bey
Lyrics Playhouse Moorish Library

(347) 495-1440