

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**AMANDA ROLON**
*Assistant Corporation Counsel*
phone: (212) 356-2356
fax: (212) 356-3509
arolon@law.nyc.gov

November 13, 2020

**BY ECF**
Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>Bey v. Antoine, et al.</u>, 19-CV-1877 (PKC) (RER)

Your Honor:

      I am an Assistant Corporation Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney representing Defendant Michael Mancilla in the above-referenced matter. I write respectfully in response to the Court's Order dated November 2, 2020 to provide the Court with a copy of the Order dismissing Plaintiff's appeal for her conviction of criminal mischief. (<u>See</u> Exhibit A, Order of Dismissal dated July 22, 2019.) Additionally, I write in response to the Court's Order dated October 19, 2020, which instructed our office to determine an alternative service address for defendant Police Officer Jason Rocke in light of the challenges imposed by the novel coronavirus. At this time, the Office of Corporation Counsel has not yet determined whether we can offer to represent Police Officer Jason Rocke. However, as a courtesy to the Court and in light of the current circumstances, Officer Rocke has consented to allow my office to accept the waiver of service on his behalf. A waiver of service may be forwarded to:

    ACC Amanda Rolon
    Re: Police Office Jason Rocke
    Office of Corporation Counsel
    100 Church Street, Rm 3-201
    New York, New York 10007

      The undersigned thanks the Court for its time.

Respectfully submitted,

/s/ Amanda Rolon

*Assistant Corporation Counsel*

Special Federal Litigation Division

**BY FIRST-CLASS MAIL**
Empress Hadiya Bey
Plaintiff *Pro Se*
1028 Elder Avenue, 2nd Floor
Bronx, NY 10472