# DECLARATION OF SERVICE BY MAIL

  I, Amanda Rolon, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that on February 25, 2021 I caused the following to be served **"Letter dated February 16, 2021"** and **"Declaration of Amanda Rolon"** with accompanying exhibit upon the following plaintiff by having someone from my office deposit a copy of same, enclosed in a first-class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to plaintiff at the address set forth below, being the address designated by plaintiff for that purpose:

  Empress Hadiya Bey
  Plaintiff *Pro Se*
  1028 Elder Avenue, 2nd Floor
  Bronx, NY 10472

Dated: New York, New York
    February 25, 2021

               /s/ *Amanda Rolon*
               Assistant Corporation Counsel
               Special Federal Litigation Division