Clerk's Office
Filed Date:
(by email) 2/26/2021 12:22 PM
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

United States District Court
of the Eastern District of New York

Empress Hadiya By

        Notice of Appeal

v

        19-CV-1877 (PKC)(RER)

Josephine Antoine
   Et Al

Islam,

  Notice is hereby given that Sister E. Jones Bey (Empress Hadiya Bey) hereby appeals to the Supreme Court of the United States from the order Dismissing Micheal Mancilla as a defendant made by Pamela K. Chen on February 21st 2021 Pursuant to 28 U.S. Code § 2101 (b).

All Rights Reserved
I am Sister E. Jones Bey
Sister E. Jones-Bey
Lyrics Playhouse
1028 Elder Avenue floor 2
Bronx New York 10472
347 921-4902