

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | AMANDA ROLON<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2356<br>fax: (212) 356-3509<br>mobile: (646) 951-3806<br>arolon@law.nyc.gov |

November 17, 2021

**BY ECF**
Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Bey v. Antoine, et al.</u>, 19-CV-1877 (PKC) (RER)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, representing defendant Jason Rocke in the above-referenced matter. Defendant Rocke writes to respectfully request that the Court schedule an initial conference. All parties consent to this request.[1]

      By way of background, plaintiff alleges, *inter alia*, that she was falsely arrested by an employee of the New York City Police Department during the court-ordered removal of her children on May 4, 2018. (<u>ECF</u> No. 7, pp. 65-66.) On September 20, 2021, defendant Rocke filed an answer to the amended complaint, a copy of which was promptly forwarded to plaintiff's last known home address. (<u>ECF</u> Nos. 83-84.)

      As of the date of this application, all individually-named defendants have answered the complaint, and accordingly, the parties can move forward with discovery. As such, defendant Rocke now seeks an initial conference in order to set a discovery schedule. Defendant thanks the Court for its consideration of this request.

      Respectfully submitted,

      */s/ Amanda Rolon*
      Assistant Corporation Counsel
      Special Federal Litigation Division

---

[1] Plaintiff has asked my office to communicate her preference that the initial conference be scheduled on a Monday so that her "senior advisor" may be in attendance.

**BY FIRST-CLASS MAIL & EMAIL**
Empress Hadiya Bey
Plaintiff *Pro Se*
1028 Elder Avenue, 2nd Floor
Bronx, NY 10472
lyricsplayhouse.msi@gmail.com

**BY ECF**
Melissa Ysaguirre, Esq.
*Counsel for Defendant Shea and Roc*