
RECEIVED
JAN 17 2022
PRO SE OFFICE

Sister E Jones-Bey
P.O. Box 180
Bronx, New York 10472
3472974640

3rd January 2022

Ms Rolon,
I am sending you this letter to respectfully request the following for discovery.

I. Physical copy of the New York State Child Protective Services Manual to be delivered by mail or I can come and pick it up.

II. A recorded inquiry as soon as it can be arranged with Child Protective Services worker Josephine Antione so that she may admit on the record that she abducted my offspring, acted with prejudice and bias between the dates of 27th April 2018- 24th April 2019, and maliciously abused legal process when she filed the Alleged Child Neglect proceedings in 2018 and 2019 violating my constitutional rights, leading to the filing of this action and causing and leading to further legal abuses and mistreatments and causing irreparable physical injury, mental and emotional distress..

III. Disclose the name of the Female officer that assaulted me while I was in handcuffs after failing to engage the safety locks causing substantial injury. Please arrange Hold a recorded inquiry with her and myself so that she may admit to her actions on 4th May 2018.

IV. The Policy of NYPD when it comes to dealing with complaints of specific communities (ie those the Identify as Moorish Americans, and the unconscious Moorish Americans that are reffered to as Negro, Black, African American Etc) and their practies when it comes to CPS in low incomes communites vs High income communites and city employes.

V. A set up a recorded inquiry with myself and William Harrington Director for the Central office of Homeschooling for his blatant disregard to my 4th amendment right to not have information about my hiers disclosed and for him to admit that he discriminated against me and made slanderous and libelous statements that contributed to the violations that gave rise to this case. I also would like to request the Policies and procedures of the Department of education and Cps when it comes to specific communities (ie those the Identify as Moorish Americans, and the unconscious Moorish Americans that are reffered to as Negro, Black, African American Etc) and their practies when it comes to CPS in low incomes communites vs High income communites and city employes.

*VI. identify and arrange a recorded inquiry with myself and the Human resources administration employee who grossly neglected her duties in february of 2018 when i appeared for recertification. She made blatant discriminatory comments over course of several weeks she didnt report the deed fraud and the harassement by the landlord for 643 Franklin Avenue brooklyn New York that I disclosed to her and all record relating to the funding received by ACS/ Fostercare for my hiers from HRA. I also would like to request the Policies and procedures of the Human Resources Administration and Cps when it comes to specific communities (ie those the Identify as Moorish Americans, and the unconscious Moorish Americans that are reffered to as Negro, Black, African American Etc) and their practies when it comes to CPS and HRA Clients.*

*Thank your for your time and attention in this matter. This is my initial disclosure requests.*

*In Wisdom, Will and Love*

*Sister E Jones- Bey*