# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | Empress Hadiya Bey | COURT CASE NUMBER | 1: 19-CV-1877 (PKC)(RER) |
|---|---|---|---|
| DEFENDANT | Michael Mancilla; et. al. | TYPE OF PROCESS | (2)Orders, Am. Summons, Am. Compl. |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
(Former) Police Officer Joey Brockington
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Empress Hadiya Bey

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 1 2022 ★
BROOKLYN OFFICE

| Number of process to be served with this Form 285 | 4 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                    Fold

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (718) 613-2610
DATE: 2/16/22

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. 83 | District to Serve No. 83 | Signature of Authorized USMS Deputy or Clerk | Date 2/17/22 |
|---|---|---|---|---|
| 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 2/28/22    Time: 1:55 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy
John J Ferrante 3986

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | $5.27 | | $135.27 | | $0.00 |

REMARKS: ON 2/28/22 I DUSM John Ferrante 3986 Attempted to serve process at I was told that Joey Brockington moved from this location 2 years ago. Total mileage 8.8 miles Total Hours 2 Tenant 2nd Floor says No Longer Lives Here

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00