United States District Court
For The
Eastern District of New York



Empress Hadiyah Bey

19-CV-1877-(PKC) (RER)

V

Joesphine Antoine
    Et Al.


Sister E Jones-Bey
Lyrics Playhouse Moorish Sudbury Institute
P.O.Box 180
Bronx New York 10472
United States of America

                                  March 2nd 2022

Re Email and Letter Stating I didn't Answer interrogatories

Islam

"The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury."
- in CENTRAL AVE. ENTERPRISES v. City of Las Cruces, 1994; Elrod V Burns 427 U.S. 347 (1976)
This proceeding is the result of not receiving Equal protections at law over many years. This is a Violation of the New York State Constitution Article I Section 11. Therefore The State of New York was and still is is responsible for everything that has occurred. The State of New York is Liable for all violations I have experienced at the hands of their Chartered agencies and entities and their employees agents and contractors my entire life. This proceeding is just the worst offense.

II. The damages caused is irreparable and honestly this is not about the money. II requested for Laws to Change when it comes to Government entities and their interactions with Moorish Americans. Also it takes finance to uplift the Nation and To this effect my request for relief is $930,000,000. From the state defendants ( based on 42 USC section 1986 the other court officers are defendants as well for neglecting to prevent injury) the monetary damages I am requesting from the individuals is 27 million in lawful currency as one of the properties that was subject to the proceeding I was filing in Kings County Civil Court was sold for that amount and

*because of the defendants actions I have been and continue to be separated from my Great Grandfather's & Grandmother Estates. I also Request the Release of all tangible and intangible properties that are connected to My great Grandparents estates.*

*II. Based on what you have sent me in the mail you have all of the information you are requesting pertaining to this proceeding. The state of New York has access to the record of the Lower courts and I will not and I do not consent to you going through my medical records as far back as 2007. I have worked for myself since I was 16. I inherited Sacred Hearts Mission in 2011, created Subsidiaries Lyrics Playhouse in 2015, Lyrics Playhouse Moorish Sudbury Institute in 2020, and Lyrics Playhouse Moorish Sudbury Institute Youth Leadership Council in 2021. I have sent you the affect this has has on every aspect of my life as the events that gave rise to this proceeding is the cause of all the information I sent to you in the past two weeks. We are a Faith Based Organization under IRS Code 508 c 1 and therefore our financial information and my medical records are protected by the 4th amendment. I will not consent to anything other than what I have sent over to you via email. Peace*

*Respectfully*
*/S/*
*Sister E Jones-Bey*
*Lyrics Playhouse Moorish Sudbury Institute*
*P.O.Box 180*
*Bronx New York 10472*
*United States of America*
*203-772-8778*
